LAYMAN J. WINTER, Respondent, v. WESLEY J. GILSON and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THOMAS LEECH, Respondent, v. COUNTY OF ALBANY, Appellant.— Judgment affirmed, with costs. Rhodes, Crapser and Heffernan, JJ., concur; Hill, P. J., and Bliss, J., dissent.

In the Matter of the Claim of MARY MUNDT and Others, Appellants, against WILLIAM SPENCER & SON CONTRACTING CORPORATION and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed, and matter remitted, with costs to the claimants against the State Industrial Board, on the ground that the finding that the decedent, John Mundt, was engaged in a maritime employment at the time he sustained the injury which resulted in his death, is without evidence to support it. The accident occurred when the decedent was on the land. (*Smith & Sons* v. *Taylor*, 276 U. S. 179.) Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

In the Matter of the Claim of GUSTAV MAHLOW, Respondent, against FINKELDEY BAKING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of RUTH McDERMOTT, Respondent, against ST. ELIZABETH'S HOSPITAL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of WRAY WOODHEAD, Respondent, against ROBT. S. RENISON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ROBERT EALY, Respondent, against DE LA VERGNE FARMS HOTEL, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.